IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| JOHN E. WINSTON, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | Case No. 89-00115-03-CR-W-GAF |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## ORDER DENYING PETITION FOR A WRIT OF ERROR AUDITA QUERELA

Now pending before the Court is Petitioner's Petition for Writ of Error Audita Querela (Doc. #85). The Court having considered said petition, it is found that the petition is refuted by the record and without merit. Accordingly, it is

ORDERED that Petitioner's Petition for Writ of Error Audita Querela (Doc. #85) is DENIED.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: April 21, 2009